# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ACCO ENGINEERED SYSTEMS, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ILLINOIS UNION INSURANCE COMPANY, a Illinois corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; and HDI SPECIALTY INSURANCE COMPANY, a Illinois corporation, d/b/a HDI GLOBAL INSURANCE COMPANY,<br><br>    Defendants. | CASE NO. 2:23-cv-00059 DSF(Ex)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Trial Date: January 16, 2024 |

GOOD CAUSE APPEARING, the Court hereby approves this Stipulated Protective Order.

**IT IS SO ORDERED.**

DATED: 6/5/2023                           /s/ Charles F. Eick
                                          _____
                                          Honorable Charles F. Eick
                                          UNITED STATES MAGISTRATE JUDGE

441422.doc

---

1

**ORDER RE STIPULATED PROTECTIVE ORDER**
**CASE NO. 2:23-cv-00059 DSF(Ex)**